NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES JACKSON,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D18-830
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____)

Opinion filed July 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Mark F. Carpanini,
Judge.

James Jackson, pro se.

PER CURIAM.

            Affirmed.

KHOUZAM, C.J., and MORRIS and ATKINSON, JJ., Concur.